UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


JOSEPH E. FLOYD,

      Petitioner,

v.                                        Case No. 3:19cv1949-LC-HTC


RICKY D. DIXON,

      Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 7, 2022 (ECF No. 14).   The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Floyd*, 2012-CF-456 C, in the First Judicial Circuit, in and for Okaloosa County, Florida, ECF Doc. 1, is DENIED without an evidentiary hearing.

Case No. 3:19cv1949-LC-HTC

2.      A certificate of appealability is DENIED.

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 12th day of May 2022.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv1949-LC-HTC